IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  vs.<br><br>JAMES MICHAEL GARCIA,<br><br>                Defendant. | CR 19-07-GF-BMM |

On May 1, 2019, the undersigned granted Defendant, James Garcia's (Garcia) Motion for a Psychiatric Exam, (Doc. 42). On July 2, 2019, the Court received notice from I. Jacquez, (Jacquez) Federal Detention Center, (FDC) SeaTac, Seattle, Washington, where Garcia is being evaluated, requesting a 45-day extension of the evaluation. The Court granted the extension. (Doc. 48.) On August 9, 2019, the Court received notice from Jacquez requesting a 30 day extension of the evaluation, due to the complexity of this case.

Accordingly, **IT IS ORDERED** that a 30-day extension of the evaluation of

Garcia is GRANTED. The study period will end on September 2, 2019. The final report submitted to the Court no later than September 18, 2019.

DATED this 13th day of August, 2019.

Brian Morris
United States District Court Judge