# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| UNITED STATES OF AMERICA, | Case No. CR 19-07-GF-BMM |
|---|---|
| Plaintiff, | AMENDED ORDER SETTING CHANGE OF PLEA HEARING |
| vs. | |
| JAMES MICHAEL GARCIA, | |
| Defendant. | |

Defendant James Michael Garcia, having filed a Motion to Enter Guilty Plea;

IT IS HEREBY ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for December 10, 2019 at 2:30. This case will proceed to trial on Count I on December 16, 2019.

DATED this 2nd day of December, 2019.

_Brian Morris_
Brian Morris
United States District Court Judge

1