# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-19-07-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| JAMES MICHAEL GARCIA, | |
| Defendant. | |

On February 4, 2020, the Defendant filed a Notice of Interlocutory Appeal. (Doc. 81.) The Court entered an order vacating the trial and staying the case pending further notice from the Ninth Circuit Court of Appeals (Doc. 83.) Accordingly, IT IS HEREBY ORDERED that all hearings and deadlines in this case are VACATED pending further notice from the Ninth Circuit Court of Appeals.

DATED this 25th day of March, 2020.

_____
Brian Morris, Chief District Judge
United State District Court