IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES MICHAEL GARCIA, Defendants. | CR-19-07-GF-BMM <br><br> ORDER |

Upon the notice filed by the defendant on April 13, 2021 (Doc. 95), regarding the Petition for Writ of Certiorari in the United States Supreme Court, filed by the Defendant on March 31, 2021, **IT IS HEREBY ORDERED** that the final pretrial conference and jury trial in this matter are VACATED and this matter is STAYED until the Petition for Writ of Certiorari is resolved.

DATED this 13th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:19-cr-00007-BMM Document 96 Filed 04/13/21 Page 2 of 2