# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-07-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| JAMES MICHAEL GARCIA, | |
| Defendant. | |

The Court reviewed the government's Unopposed Motion for Leave to Allow Remote Testimony by L.S.B. during the February 10, 2022 Sentencing Hearing. For good cause appearing, **IT IS HEREBY ORDERED** that L.S.B. is permitted to testify remotely during the February 10, 2022 hearing. The government will contact the Clerk of Court's Office for the ZOOM link.

DATED this 7th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court