IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 19-07-GF-BMM-JTJ |
|---|---|
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| JAMES MICHAEL GARCIA, | |
| Defendant. | |

## I.  Synopsis

Defendant James Michael Garcia (Garia) has been accused of violating conditions of his supervised release. (Docs. 121 and 123).  Garica admitted allegations 1, 2 and 4 as set forth in the Amended Petition. Garcia's supervised release should be revoked. Garcia should be sentenced to custody for 3 months, with 33 months of supervised release to follow. During the first 180 days of supervised release, Garcia shall be subject to remote alcohol monitoring.  Also, during the term of supervised release, Garcia shall be placed in a residential re-entry center for a period of 180 days at the direction of his probation officer.

## II.    Status

On October 14, 2021, Garcia pleaded guilty to the offense of Assault Resulting in Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153(a) as charged in Count 1 of the Superseding Information. (Doc. 106). The Court sentenced Garcia to 88 months of custody, followed by 3 years of supervised release. (Doc. 118). Garcia's current term of supervised release began on August 29, 2025.

### Petition

On September 8, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Garcia's supervised release. (Doc. 121). The Petition alleged Garcia violated conditions of his supervised release by: (1) consuming alcohol on August 31, 2025; (2) failing to participate in substance abuse treatment on September 5, 2025; and (3) failing to register as a violent offender on September 5, 2025 as instructed to do so by his probation officer.

### Amended Petition

On September 9, 2025, the United States Probation Office filed an Amended Petition requesting that the Court revoke Garcia's supervised release. (Doc. 123). The Amended Petition alleged Garcia violated conditions of his supervised release by the added violation of (4) consuming alcohol on September 7, 2025.

**Initial Appearance**

Garcia appeared before the Court on September 23, 2025. Garcia was represented by counsel. Garcia stated that he had read the Amended Petition and that he understood the allegations against him. Garcia waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on September 23, 2025. Garcia admitted that he had violated the conditions of supervised release as set forth in allegations 1, 2 and 4 of the Petition. The Government moved to dismiss allegation 3, which the Court granted. Garcia's admitted violations are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Garcia appeared before the Court on September 23, 2025. Garcia's violation is Grade C. His criminal history category is I. Garcia's underlying offense is a Class C felony. Garcia could be incarcerated for up to 24 months. Garcia could be ordered to remain on supervised release for 36 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III.   Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Garcia's supervised release should be revoked. Garcia should be sentenced to custody for 3 months, with 33 months of supervised release to follow. During the first 180 days of supervised release, Garcia shall be subject to remote alcohol monitoring. Also, during the term of supervised release, Garcia shall be placed in a residential re-entry center for a period of 180 days at the direction of his probation officer. This sentence is sufficient but not greater than necessary.

## IV.   Conclusion

The Court informed Garcia that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Garcia of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Garcia that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That JAMES MICHAEL GARCIA has violated the conditions of his supervised release by: (1) consuming alcohol on August 31, 2025; (2) failing to participate in substance abuse treatment on September 5, 2025; and (4) consuming alcohol on September 7, 2025.

The Court **RECOMMENDS:**

That the District Court revoke Garcia's supervised release and sentence Garcia to custody for 3 months, with 33 months of supervised release to follow. During the first 180 days of supervised release, Garcia shall be subject to remote alcohol monitoring. Also, during the term of supervised release, Garcia shall be placed in a residential re-entry center for a period of 180 days at the direction of his probation officer.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 24th day of September 2025.

_____
John Johnston
United States Magistrate Judge