IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JAMES MICHAEL GARCIA,<br><br>Defendant. | CR-19-07-GF-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 24, 2025. (Doc. 131.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 23, 2025 (Doc. 126.) The United States accused James Michael Garcia (Garcia) of violating the

conditions of his supervised release by: (1) consuming alcohol on August 31, 2025; (2) failing to participate in substance abuse treatment on September 5, 2025; (3) failing to register as a violent offender on September 5, 2025 as instructed to do so by his probation officer; and (4) consuming alcohol. (Docs. 121 and 123.)

At the revocation hearing, Garcia admitted he had violated the terms of his supervised release as alleged in violations 1, 2 and 4 of the Amended Petition. The Government moved to dismiss alleged violation 3, which Judge Johnston granted. Garcia was advised of his right to appeal and allocute before the undersigned. (Doc. 126.)

Judge Johnston found that violations Garcia admitted prove serious and warrants revocation of his supervised release and recommends a term of custody of three months with 33 months of supervised release to follow with 180 days spent in a residential re-entry center. (Doc. 131.)

The violations prove serious and warrant revocation of Garcia's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 4131) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that James Michael Garcia be sentenced for a term of custody for three months, with 33 months of supervised release to follow with 180 days of his

supervised release spent in a residential reentry center as directed by his probation officer.

DATED this 8th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts