IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MICHAEL GARCIA,<br><br>Defendant. | CR 19-07-GF-BMM-JTJ<br><br>FINDINGS AND<br>RECOMMENDATIONS |

## I.  Synopsis

Defendant James Michael Garcia (Garia) has been accused of violating conditions of his supervised release. (Docs. 138 and 140).  Garica admitted the allegations set forth in the Amended Petition. Garcia's supervised release should be revoked. Garcia should be sentenced to custody until May 22, 2026, with 27 months of supervised release to follow. During the first 180 days of supervised release, Garcia shall be placed in a residential re-entry center for a period of 180 days at the direction of his probation officer.

## II.  Status

On October 14, 2021, Garcia pleaded guilty to the offense of Assault Resulting in Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153(a) as

charged in Count 1 of the Superseding Information.  (Doc. 106).  The Court sentenced Garcia to 88 months of custody, followed by 3 years of supervised release. (Doc. 118).  Garcia's current term of supervised release began on August 29, 2025.

### Petition

On December 15, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Garcia's supervised release. (Doc. 138). The Petition alleged Garcia violated conditions of his supervised release by: (1) entering an establishment where alcohol is the chief item of sale on December 14, 2025; and (2) consuming alcohol on  December 14, 2025.

### Amended Petition

On February 2, 2026, the United States Probation Office filed an Amended Petition requesting that the Court revoke Garcia's supervised release. (Doc. 140). The Amended Petition alleged Garcia violated conditions of his supervised release by the added violation of:  (3) committing another federal state or local crime by being convicted in Fort Peck Tribal Court on December 15, 2025 of Disorderly Conduct and Criminal Contempt.

### Initial Appearance

Garcia  appeared  before  the  Court  on  February  24,  2026.   Garcia  was represented by counsel.  Garcia stated that he had read the Amended Petition and that  he  understood  the  allegations  against  him.   Garcia  waived  his  right  to  a

preliminary hearing.  The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on February 24, 2025.  Garcia admitted that he had violated the conditions of supervised release as set forth as allegations 1-3 in  the Amended Petition. Garcia's admitted violations are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Garcia appeared before the Court on February 24, 2026, Garcia's violation is Grade C.  His criminal history category is I.  Garcia's underlying offense is a Class C felony.  Garcia could be incarcerated for up to 24 months.  Garcia could be ordered to remain on supervised release for 33 months less any custody time imposed.  The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Garcia's supervised release should be revoked.  Based upon the agreement of the parties, Garcia should be sentenced to custody until May 22, 2026, with 27 months of supervised release to follow. During the first 180 days of supervised release, Garcia shall be placed in a residential re-entry center for a period of 180 days at the direction of his probation officer. This sentence is sufficient but not greater than necessary.

## IV.    Conclusion

The Court informed Garcia that the above sentence would be recommended to Chief United States District Judge Brian Morris.  The Court also informed Garcia of his right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Garcia that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That JAMES MICHAEL GARCIA violated the conditions of his supervised release by: (1) being in a place where alcohol was the chief item of sale and by consuming alcohol on December 14, 2025; and  (2) committing another federal, state or local law by being convicted in Fort Peck Tribal Court on December 15, 2025 of the misdemeanor offenses of Disorderly Conduct and Criminal Contempt.

The Court **RECOMMENDS:**

That based upon the agreement of the parties, the District Court revoke Garcia's supervised release and sentence Garcia to custody until May 22, 2026, with 27 months of supervised release to follow. During the first 180 days of supervised release,  Garcia shall be placed in a residential re-entry center for a period of 180 days at the direction of his probation officer.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C.  Section 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations.  Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 25th day of February 2026.


John Johnston
United States Magistrate Judge