**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-07-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| JAMES MICHAEL GARCIA, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 25, 2026. (Doc. 147.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on February 24, 2026 (Doc. 142.) The United States accused James Garcia (Garcia) of violating the conditions of his supervised release by: (1) entering an establishment where alcohol is the chief item of sale on December 14, 2025;  (2) consuming alcohol on December 14, 2025; and by (3) committing another federal state or local crime by being convicted in Fort Peck Tribal Court on December 15, 2025 of Disorderly Conduct and Criminal Contempt. (Docs. 138 and 140.)

At the revocation hearings, Garcia admitted that he had violated the conditions of supervised release as set forth in allegations 1-3 of the Amended Petition.  Judge Johnston recommended a sentence of custody until May 22, 2026 with 27 months supervised release to follow with the first 180 days of supervised release spent in a residential reentry center. (Doc. 147.) The Court advised Garcia of his right to appeal and to allocute before the undersigned.  (Doc. 142.)

The violations Garcia admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 147) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that James Garcia be sentenced for a term of custody until May 22,

2026 with 27 months of supervised release to follow with the first 180 days of supervised release spent in a residential reentry center.

DATED this 16th day of March 2026.

Brian Morris, Chief District Judge
United States District Court