IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MICHAEL GARCIA,<br><br>Defendant. | CR 19-07-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

**I. Synopsis**

Defendant James Michael Garcia (Garia) has been accused of violating the conditions of his supervised release. (Docs. 152). Garica admitted the allegation set forth in the Petition. Garcia's supervised release should be revoked. Garcia should be sentenced to custody for 6 months, with no term of supervised release to follow.

## II. Status

On October 14, 2021, Garcia pleaded guilty to the offense of Assault Resulting in Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153(a) as charged in Count 1 of the Superseding Information. (Doc. 106). The Court sentenced Garcia to 88 months of custody, followed by 3 years of supervised release. (Doc. 118). Garcia's current term of supervised release began on May 22, 2026.

**Petition**

On October 2, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Garcia's supervised release. (Doc. 152). The Petition alleged Garcia violated conditions of his supervised release by: (1) being terminated on October 2, 2026, from his placement at the Great Falls Pre-Release Center.

**Initial Appearance**

Garcia appeared before the Court on October 7, 2026. Garcia was represented by counsel. Garcia stated that he had read the Petition and that he understood the allegation against him. Garcia waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on October 7, 2026. Garcia admitted that he had violated the conditions of supervised release as set forth in the Petition. Garcia's admitted violation is serious and warrants revocation of his supervised release.

**Sentencing hearing**

Garcia appeared before the Court on October 7, 2026. Garcia's violation is Grade C. His criminal history category is I. Garcia's underlying offense is a Class C felony. Garcia could be incarcerated for up to 24 months. Garcia could be ordered to remain on supervised release for 27 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III. Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Garcia's supervised release should be revoked. Garcia should be sentenced to custody for 6 months, with no term of supervised release to follow.

## IV. Conclusion

The Court informed Garcia that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Garcia of his right to object to these Findings and Recommendations

within 14 days of this issuance. The Court explained to Garcia that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That JAMES MICHAEL GARCIA violated the conditions of his supervised release by: (1) being terminated on October 2, 2026, from his placement at the Great Falls Pre-Release Center.

The Court **RECOMMENDS:**

That the District Court revoke Garcia's supervised release and sentence Garcia to custody for 6 months, with no term of supervised release to follow.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 7th day of October 2026.

John Johnston
United States Magistrate Judge