**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES MICHAEL GARCIA,

Defendant.

CR-19-07-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 7, 2026. (Doc. 161.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 7, 2026. (Doc. 156.) The United States accused James Garcia (Garcia) of violating the conditions of his supervised release by: (1) being terminated on October 2, 2026 from his placement at the Great Falls Pre-Release Center. (Doc. 152.)

At the revocation hearings Garcia admitted that he had violated the condition 1 of supervised as set forth in the Petition. (Doc. 156.) Judge Johnston recommended that Garcia be sentenced to custody for 6 months with no term of supervised release to follow. (Doc. 161.) Judge Johnston advised Garcia of his right to appeal and allocute before the undersigned. (Doc. 156.)

The violation Garcia admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 161) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that James Michael Garcia be sentenced to custody of 6 months with no term of supervised release to follow.

DATED this 22nd day of October 2026.

Brian Morris, Chief District Judge
United States District Courts